UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CASE NO.: 1:15-CV-00152-JTC

————————————————x
:
CHRISTOPHER GLOBUS and               :       **NOTICE OF PLAINTIFFS' UNOPPOSED**
MICHAELENE DAWSON, on behalf of      :       **MOTION FOR FINAL APPROVAL OF**
themselves and others similarly situated,  :       **CLASS ACTION SETTLEMENT**
:
                         Plaintiffs,  :
:
          vs.                         :
:
PIONEER CREDIT RECOVERY, INC., a     :
Delaware Corporation,                 :
:
                         Defendant.   :
:
————————————————x

     PLEASE TAKE NOTICE that, upon the enclosed Unopposed Motion for Final Approval

of Class Action Settlement, and Declaration of James L. Davidson in Support of Plaintiffs'

Unopposed Motion for Preliminary Approval of Class Action Settlement, the undersigned, on

behalf of Plaintiffs, will move for final approval of the parties' class action settlement, on July

27, 2016 at 10:00 a.m., at the United States District Courthouse, Western District of New York, 2

Niagara Square, Buffalo, New York 14202.

Dated:  June 6, 2016                    Respectfully submitted,


                                        */s/ James L. Davidson*
                                        James L. Davidson
                                        Greenwald Davidson Radbil PLLC
                                        5550 Glades Road, Suite 500
                                        Boca Raton, FL 33431
                                        Telephone: 561.826.5477
                                        Fax: 561.961.5684
                                        jdavidson@gdrlawfirm.com

                                        Counsel for Plaintiffs and Class Counsel


### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:


Michael G. Davies
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Lisa M. Simonetti
Vedder Price P.C.
1925 Century Park East, Suite 1900
Los Angeles, CA 90067

Counsel for Defendant Pioneer Credit Recovery, Inc.


                                        */s/ James L. Davidson*
                                        James L. Davidson


2