UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CASE NO.: 1:15-CV-00152-JTC

| | |
|---|---|
| CHRISTOPHER GLOBUS and MICHAELENE DAWSON, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC., a Delaware Corporation,<br><br>                      Defendant. | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF INCENTIVE AWARDS AND AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

      PLEASE TAKE NOTICE that, upon the enclosed Unopposed Motion for Approval of Incentive Awards and an Award of Attorney's Fees and Reimbursement of Expenses, the undersigned, on behalf of Plaintiffs, will move for an incentive award, and an award of attorney's fees and reimbursement of expenses, on July 27, 2016 at 10:00 a.m., at the United States District Courthouse, Western District of New York, 2 Niagara Square, Buffalo, New York 14202.

1

Dated:  June 6, 2016					Respectfully submitted,


					*/s/ James L. Davidson*
					James L. Davidson
					Greenwald Davidson Radbil PLLC
					5550 Glades Road, Suite 500
					Boca Raton, FL 33431
					Telephone: 561.826.5477
					Fax: 561.961.5684
					jdavidson@gdrlawfirm.com

					Counsel for Plaintiffs and Class Counsel


**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:


Michael G. Davies
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Lisa M. Simonetti
Vedder Price P.C.
1925 Century Park East, Suite 1900
Los Angeles, CA 90067

Counsel for Defendant Pioneer Credit Recovery, Inc.


					*/s/ James L. Davidson*
					James L. Davidson

2